IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>M.A. YAH,<br><br>　　　　　　Defendant. | 8:21CR205<br><br>**AMENDED ORDER** |

　　On January 11, 2022 the court held a hearing on the defendant's Restricted Motion to Appoint New Counsel (Filing No. 27) and the motion of Thomas J. Monaghan to withdraw as counsel for the defendant, M.A. Yah (Filing No. 29). Thomas J. Monaghan represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted the defendant's Restricted Motion to Appoint New Counsel (Filing No. 27) and Thomas J. Monaghan's motion to withdraw (Filing No. 29).

　　Donald L. Schense, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent M.A. Yah for the balance of these proceedings pursuant to the Criminal Justice Act. Thomas J. Monaghan shall forthwith provide Donald L. Schense any discovery materials provided to the defendant by the government and any such other materials obtained by Thomas J. Monaghan which are material to M.A. Yah's defense.

　　The clerk shall provide a copy of this order to Donald L. Schense.

　　**IT IS SO ORDERED.**

　　Dated this 12th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge