IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR205 |
| | ) | |
| vs. | ) | |
| | ) | |
| M.A. YAH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [53]. Counsel needs additional time to prepare for trial. For all of the reasons stated in the motion the court finds good cause has been shown.

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [53] is granted, as follows:

1. The jury trial now set for October 31, 2022 is continued to **December 12, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 12, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: October 20, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge