IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M.A. YAH.,<br><br>Defendant. | 8:21CR205<br><br><br>ORDER |

This matter is before the Court on defendant M.A. Yah's ("Yah") Motion for Leave to Appeal In Forma Pauperis (Filing No. 193). In support, Yah maintains that he remains indigent, consistent with prior determinations of the Court (Filing Nos. 7 and 172).

For good cause shown, Yah's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 6th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge